## SCHEDULE A

| # | Seller Alias | Seller ID | URL | Platform |
|---|---|---|---|---|
| 1 | LinCangJieQueQinShangMa | A2N4QI0JD50QZZ | https://www.amazon.com/Cosrkee-Butterfly-Sunflowers-Christian-Farmhouse/dp/B0CW9Q8P13 | Amazon |