# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-503**

**Effective Date of Registration:**
February 04, 2025

**Registration Decision Date:**
May 07, 2025

## Title

| | |
|---|---|
| Title of Work: | Secret garden 1-butterfly cross rainbow |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | February 12, 2020 |
| Nation of 1st Publication: | China |

## Author

| | |
|---|---|
| • Author: | Xuan Liu |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | China |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Xuan Liu |
| | dianbaixian dashuipocun 8xiang 6dong 142hao, Maoming, 525400, China |

## Certification

| | |
|---|---|
| Name: | Liu Xuan |
| Date: | February 04, 2025 |