Case: 1:25-cv-15027 Document #: 7-4 Filed: 12/16/25 Page 1 of 4 PageID #:52
2025/10/24 17:17                    Amazon.com Seller Profile: LinCangJieQueQinShangMa





| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| --- | --- | --- | --- | --- | --- | --- |
| Neighbors App<br>Real-Time Crime<br>& Safety Alerts | | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates







| | | |
|---|---|---|
| **Putian Zhengrong Finance Fortune Plaza** | | Directions |
| 5.0 ★★★★★ (1) | | |
| 辦公室服務 · Tianfei Rd, 天妃路交叉路口 | | |

| | | |
|---|---|---|
| **Putian Strait Business Center** | | Directions |
| No reviews | | |
| 公司辦公室 · 西北方向110米 | | |

You've reached the end of the list.